UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SYNERGISTIC INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAZEN BONDOGJI, individually and QUICK LUBE PLUS, INC. d/b/a AUTO GLASS DOCTOR,<br><br>Defendants. | Civil Action No. 8:09-CV-02602 EAK-TBM<br><br>Injunctive Relief Sought |

## FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT

Plaintiff Synergistic International LLC ("Synergistic") and Defendants Mazen Bondogji and Quick Lube Plus, Inc. d/b/a Auto Glass Doctor ("Defendants"), have reached an agreement in settlement of the dispute between them by means of a confidential Settlement Agreement (the "Settlement Agreement") and have consented to the entry of this Final Judgment and Permanent Injunction on Consent ("Consent Judgment"), based on the following stipulated findings of facts and conclusions of law, which the Court hereby adopts for purposes of the entry of this Consent Judgment.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. Synergistic is a Texas limited liability company having a principal place of business located at 1020 N. University Parks Drive, Waco, Texas 76707.

2. Synergistic is a nationwide franchisor and operator of a glass installation and repair service system consisting of well over one hundred (100) company-owned operators and franchisees, including Tampa, Florida, each of which operates under the name and mark GLASS DOCTOR®. Each GLASS DOCTOR® franchise is operated pursuant to a franchise agreement

US2008 1335403.1

under which Synergistic imposes certain obligations and retains certain rights to help ensure the protection of Synergistic's service marks and the uniform quality of services provided by Synergistic's franchisees in the GLASS DOCTOR® franchise system.

3. Synergistic, its predecessors in interest, and their respective franchisees have used the GLASS DOCTOR® service mark since at least as early as September 1968 in connection with glass installation and repair services.

4. Synergistic owns several registrations of the GLASS DOCTOR® mark on the Principal Register of the United States Patent and Trademark Office ("USPTO") under, among others, U.S. Service Mark Registration No. 1,066,929.

5. Defendants have operated a glass installation and repair services business under the name "Auto Glass Doctor" in or around the Tampa, Florida metropolitan area. The services sold by Defendants in connection with these businesses are identical or closely similar to and compete directly with the services that are sold by Synergistic and its franchisees and are sold through identical or closely similar channels of trade.

6. On December 28, 2009, Synergistic commenced the above-captioned action (the "Action") by filing a complaint (the "Complaint") against Defendants. The Complaint alleged claims for service mark infringement and unfair competition in violation of the Trademark Act of 1946, 15 U.S.C. §§ 1051 *et seq.*; and unfair competition and service mark infringement in violation of the common law of the State of Florida.

7. Pursuant to Section 39 of the Lanham Act, 15 U.S.C. § 1121, and pursuant to 28 U.S.C. §§ 1331 and 1338, this Court has subject matter jurisdiction over Synergistic's claims over Defendants.

US2008 1335403.1

8. This Court has personal jurisdiction over Defendants because Defendants reside in this state, do business in this state, and have otherwise established contacts with this state making the exercise of personal jurisdiction proper.

9. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) and (2) because Defendants resides in this District, and because a substantial part of the events or omissions giving rise to the Action occurred in this District.

## PERMANENT INJUNCTION AND ORDER

Based on the parties' stipulation and agreement hereto, it is hereby ORDERED, ADJUDGED, and DECREED:.

10. With respect to Synergistic's claims for monetary damages, judgment is hereby entered in favor of Synergistic and against Defendants in the amount of Ten Thousand Dollars ($10,000.00).

11. Defendants and their respective agents, servants, employees, predecessors, officers, directors, shareholders, and all other persons acting for, with, by, through, or under authority from Defendants, or in concert or participation with Defendants are hereby **PERMANENTLY RESTRAINED AND ENJOINED** from using the name and mark "Glass Doctor" and confusingly similar imitations of Synergistic's GLASS DOCTOR® mark, including but not limited to "Auto Glass Doctor" and "Auto Glass Doc" in connection with Defendants' businesses or services (including without limitation use of the above-referenced designations within the phrase "formerly known as . . .").

12. Synergistic and Defendants acknowledge that they have knowingly and voluntarily entered into this Consent Judgment and the Settlement Agreement after reviewing the same with their counsel or having had ample opportunity to consult with counsel. Synergistic

3

and Defendants understand the undertakings, obligations and terms of this Consent Judgment and the Settlement Agreement.

13. Except as to Defendants' obligations set forth in this Consent Judgment and/or the Settlement Agreement, Synergistic claims against Defendants in this Action are hereby dismissed with prejudice. No appeals shall be taken from this Consent Judgment, and Synergistic and Defendants hereby waive all right to appeal from this Consent Judgment.

It is SO ORDERED, this the 7th day of July, 2010.

_____
United States District Judge
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Agreed to by and between the Parties hereto as of this the ____ day of June, 2010.

| SYNERGISTIC INTERNATIONAL LLC | MAZEN BONDOGJI, an individual |
|---|---|
| By: _____ | By: _____ |
| Name: President | Name: Mazen Bondogji |
| Date: | Date: 7/2/10 |

QUICK LUBE PLUS, INC. d/b/a AUTO GLASS DOCTOR

By: _____
Name: Mazen Bondogji
Date: 7-2-2010

(signatures continued on next page)

4

US2008 1335403.1

(signatures continued from preceding page)

Approved as to form:

_____
Gregory G. Jones
Florida State Bar No. 337536
**GREGORY G. JONES, P. A.**
The Tampa Theatre Building
707 North Franklin Street, Suite 801
Tampa, Florida 33602
Telephone: (813) 229-2100
Facsimile: (813) 229-6100
E-mail: gregjones@ggjpa.com

Christopher P. Bussert – Designated Trial Attorney
*(Admitted Pro Hac Vice)*
Lauren Sullins Ralls
*(Admitted Pro Hac Vice)*
**KILPATRICK STOCKTON LLP**
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
E-mail: cbussert@kilpatrickstockton.com
         lralls@kilpatrickstockton.com

*Attorneys for Plaintiff*
*Synergistic International LLC*

_____
R. Mark Bortner
Florida State Bar No. 087180
**BORTNER AND ASSOCIATES, P.A.**
111 Second Avenue Northeast
Plaza Tower, Suite 1401
St. Petersburg, FL 33701
Telephone: (727) 822-5200
Facsimile: (727) 821-5319
E-mail: mbortner@sockol.com

*Attorneys for Defendants*
*Mazen Bondogji, individually and Quick Lube Plus, Inc. d/b/a Auto Glass Doctor*